STATE OF NEW JERSEY v. NICHOLAS T. KEHAYAS.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY BURLAKOFF.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE SIMS.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MARTIN.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS ROBINSON.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK KEELER.

May 4, 1976. Petition for certification denied.